IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00662-RPM

PHILIP E. BARBER,

    Plaintiff,

v.

CRIMSON RESOURCE MANAGEMENT CORP.,

    Defendant.

_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

    Upon review of Plaintiff's Unopposed Motion for leave to File Amended Complaint [21] filed April 24, 2014, it is

    ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

    DATED: April 25th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge