**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00662-RPM

PHILIP E. BARBER,

    Plaintiff,

v.

CRIMSON RESOURCE MANAGEMENT CORP.; GARY L. BUNTMANN: CURRENT AND FORMER MEMBERS OF THE BOARD OF DIRECTORS OF CRIMSON RESOURCE MANAGEMENT GROUP,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF PARTIES
WITHOUT PREJUDICE**
_____

    THIS MATTER coming on to be heard upon the Parties' Stipulated Motion for Dismissal without Prejudice, and

    THIS COURT being first duly apprised in the premises, hereby

    ORDERS that the parties' motion be and hereby is GRANTED.  All claims against Defendants Gary L. Buntmann and Current and Former Members of the Board of Directors of Crimson Resource Management Group are DISMISSED without prejudice and each side shall bear its own costs and attorneys fees.

    DATED this 25th day of April, 2014.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge