IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00662-RPM

PHILIP BARBER,

    Plaintiff,

v.

CRIMSON RESOURCE MANAGEMENT CORP.

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR STAY

---

THIS COURT, having reviewed the Parties' Stipulated Motion for Stay, and being otherwise advised of the premises;

HEREBY GRANTS the motion and orders that this action is stayed up to and including June 23, 2014. All deadlines in this action shall be stayed for the duration of the stay, and Defendant shall have up to and including June 24, 2014 to respond to Plaintiff's Motion to Remand and Amended Complaint, and up to and including June 30, 2014 to respond to Plaintiff's Motion to Dismiss Counterclaim.

    DATED this 8th, day of May 2014.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Hon. Richard P. Matsch United States Senior
                                        District Judge