IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00662-RPM

PHILIP E. BARBER,

    Plaintiff,

v.

CRIMSON RESOURCE MANAGEMENT CORP.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [28] filed June 10, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED: June 11th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge